DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOMMIE L. GOODWIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1013

[July 25, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 17-14498 CF10A.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and MaryEllen M. Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, JJ., and NUTT, JAMES, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***